EMPLOYERS MUTUAL CASUALTY COMPANY, Plaintiff–Appellee,

v.

Alex GIMBLE, Defendant,

and

Abner Coxsey, Jr., and Bernard J. Dolenz, Appellants.

No. 87–1596.

United States Court of Appeals, Fifth Circuit.

March 3, 1988.

Bernard J. Dolenz, Dallas, Tex., for appellants.

W. Neil Rambin, P. Michael Jung, Dallas, Tex., for plaintiff-appellee.

Before RUBIN and POLITZ, Circuit Judges, and SHAW, District Judge.[*]

PER CURIAM:

The judgment of the district court is AFFIRMED. Although it was reached before this court decided *Thomas v. Capital Security Services, Inc.*, 836 F.2d 866 (5th Cir.1988) (en banc), it is fully consistent with the principles applied in that case.